UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:19-mj-00054 JLT |
| Plaintiff, | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS COMPLAINT |
| ROMAN RODRIGUEZ, | ) | |
| Defendant. | ) | |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the complaint in the above-captioned action against the defendant.

It is hereby ORDERED that the complaint is dismissed, and the related **arrest warrant is recalled.**

IT IS SO ORDERED.

Dated:  **February 3, 2022**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE